# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NEW YORK

( United States District Court, 100 State Street, Rochester, NY 14614)

|  |  |
|---|---|
| Ronald Satish Emrit, <br>     Plaintiff (Pro Se) <br><br> v. <br><br> Special Agent in Charge of FBI <br> Field Office in Southern <br> District of New York (SDNY), <br>     Defendant | ) <br> ) <br> ) <br> ) <br> )    C. A. No.:**1:2022cv00822** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND MOTION IN LIMINE

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this motion in limine to have certain pictures entered into evidence with regards to the plaintiff having a fiance from Cuba approximately 20 years ago and also having a music video named "Lady Brazil" which was the subject of litigation in North Carolina under the jurisdiction of Judge Patrick Auld in Middle Florida. In bringing forth this motion in limine, the plaintiff states, avers, and alleges the following:

1.) The first picture labeled as "Exhibit A" is from Nanuet, New York at Hampton Inn and relevant to a four-page letter stamped by Eleventh Circuit Court of Appeals in Gainesville, Florida regarding a case presided over by Magistrate Judge Gary Jones presumably according to 28 U.S.C. Section 636.

2.) Furthermore, the second picture labeled as "Exhibit B" is a picture of the plaintiff's fiance Rachel Barreiro Garcia and myself in a picture taken while I attended Gonzaga High School off of 19 Eye Street in NW, Washington, D.C. off of North Capitol Street in which I attended high school with Dan Quayle's sons Tucker and Ben.

3.) In addition, the plaintiff's nephew attended Sidwell FRiends with Joe BIden's granddaughter.

4.) The court can also take judicial notice that the plaintiff was friends with former Virginia Lieutenant Governor Justin Fairfax who attended DeMatha High School and is a member of the Alpha Phi Alpha Fraternity, Inc. and visited the plaintiff at Brown University in 1995.

5.) Pursuant to Rule 201 of the Federal Rules of Evidence (FRE), the court can take judicial notice that this photo labeled as "Exhibit B" is from a time before the plaintiff met Rachel Garcia in Santiago de Cuba in August of 1999.

6.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court can take judicial notice that plaintiff attended Saint Thomas University School of Law in Miami Gardens, Florida to be around the aunt and uncle of Rachel Garcia off of SW 24th Street (Coral Way), i.e. Gisela and Eloy.

7.) Furthermore, the court can take judicial notice that plaintiff contacted Cuban Interests Section at Swiss Embassy in Washington, D.C. and Cuban Embassy at 2630 16th Street, NW Washington, D.C. 20009 about Magna Gargallo Perez (political prisoner) in 2009 and SOLANS from Las Tunas (2020).

WHEREFORE, the plaintiff is bringing forth this motion in limine to have two exhibits introduced into evidence. Accordingly, the plaintiff has provided these photos for the court to have evidence that the plaintiff had a fiance from Cuba over 20 years ago and that the plaintiff is in the new music business as an independent artist who has signed a contract with a modeling agency d/b/a The Beauty Within Models of Westerly, Rhode Island.

Respectfully submitted,

*[signature]*

6655 38th Lane East
Sarasota, Florida 34243
(703)936-3043
einsteinrockstar2@outlook.com
(703)936-3043

2



Exhibit A: Torry and Satish at Hampton Inn at Nanuet New York



Exhibit B: Gisela and Eloy from SW 24th Street/ Coral Way can corroborate that I was going to get married to Rachel Barreiro Garcia of Barcelona, Spain who was a medical student when I met her in Santiago de Cuba in 1999. This is the last remaining picture that I have of Rachel Garcia from a time before I met her in 1999 where my friend Damon Ford and I stayed at Casa Granda Hotel in Santiago de Cuba.